RANDALL B. AIMAN-SMITH #124599
REED W.L. MARCY #191531
HALLIE VON ROCK #233152
CAREY A. JAMES #269270

**aiman-smith ✦ marcy**

7677 oakport street suite 1020
oakland       california       94621
t:510.562.6800   f:510.562.6830

Attorneys for Alexander Brown
and Arik Silva

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ALEXANDER BROWN and ARIK SILVA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABERCROMBIE & FITCH CO., ABERCROMBIE & FITCH STORES, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01242-JGB-VBK<br><br>**DECLARATION OF NAMED PLAINTIFF ALIK SILVA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date: February 9, 2015**<br>**Time: 9:00 AM**<br>**Courtroom: 1**<br>**Honorable Jesus G. Bernal** |

### DECLARATION OF ARIK SILVA
### IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Arik Silva, declare:

1.      I am over eighteen years of age.  The information contained in this declaration is based on my personal knowledge.  If called as a witness, I could and would competently testify to the following matters.

2.      I am one of the named Plaintiffs in this action and am providing this declaration in support of Plaintiffs' Motion for Class Certification.

3.      I had my deposition taken on November 11, 2014, in this action.  I received a copy of the transcript for my deposition, dated November 11, 2014, from my attorney's office, Aiman-Smith & Marcy.  True and correct copies of the deposition testimony excerpts referenced herein are attached hereto as Exhibit A.

4.      I understand my responsibilities as a named plaintiff in this class action case and that I will be representing all the Abercrombie & Fitch Co. and Abercrombie & Fitch Stores, Inc. ("Abercrombie") workers who were affected by the same employment practices at the Abercrombie owned stores as I was.  I am also aware that this is an important position to be in, and I take my role in this case very seriously.

5.      I was provided a copy of a document called "Duties of a Named Representative" by my attorneys.  I signed this document, which outlined my responsibilities to all of the other class members I would be representing in this case.

6.      When I agreed to be a class representative in this case, my attorneys, Aiman-Smith & Marcy, advised me that I would be a named plaintiff in this case, along with Alex Brown, against Abercrombie.  I understood, in filing this case, that we would be making claims about Abercrombie not providing adequate rest breaks, pressuring young people who were only being paid minimum wage at the time, me included, to buy Abercrombie clothing as a requirement of working there, and for other violations of California law.

/ / /

/ / /

Declaration of Arik Silva in Support of Plaintiffs' Motion for Class Certification
Brown, et al. v. Abercrombie & Fitch Co., et al.                    Case no.  2:14-cv-01242-JGB-VBK
Page 1

1    7.   One of the main reasons I decided to be a class representative in this case was

2    because working for Abercrombie became a hardship for me and, as I observed, for my fellow

3    workers, monetarily.  At the time, I felt by becoming a named plaintiff in this case against

4    Abercrombie, I would, hopefully, recoup the money I and others were forced to spend on

5    Abercrombie clothes, several times a year.  You couldn't work for Abercrombie without

6    having to spend a good amount of your hard earned money on Abercrombie clothes for work.

7    8.   I also agreed to be a class representative because I believed that other employees

8    and I were not provided rest breaks we were entitled to as a result of Abercrombie's rest break

9    policies.

10    9.   I worked for Abercrombie from approximately October 2012 to March 2014, at

11    the Abercrombie & Fitch store in the Third Street Promenade, located in Santa Monica,

12    California.  In that time, I observed that the other workers employed there were subject to the

13    same or similar Abercrombie practices as I was.  We all worked similar jobs and were treated

14    the same.  I am aware now that I and other persons employed by Abercrombie were entitled to

15    legally compliant rest breaks, were entitled to be paid minimum wages, were entitled to have

16    the Abercrombie clothes we were forced to buy and wear as a condition of our employment

17    paid for by Abercrombie, and were entitled to other benefits, but never received them.

18    10.   As a class representative, I understand that I am a "fiduciary litigant."  I

19    understand that this means that I must consider the interests of the class as if they were my own

20    interests and that I cannot put my own interests before those of the class as a whole.

21    11.   I know of no conflicts that I have with any class member in this case.

22    12.   From the time I decided to be a Named Representative in this case and until now,

23    I have wanted to represent and help the other Abercrombie workers who were subject to the

24    same policies and practices that are claimed in this lawsuit.

25    13.   As a class representative, I have always made myself available to my attorneys in

26    this case.  Most of our communications have been through emails or telephone calls, and I have

27    also met in-person with them.  My attorneys have kept me abreast of all goings on in this case,

28    and I believe I have a good grasp on where we are at this point in the case.  I have been, and

Declaration of Arik Silva in Support of Plaintiffs' Motion for Class Certification
Brown, et al. v. Abercrombie & Fitch Co., et al.                     Case no.  2:14-cv-01242-JGB-VBK
Page 2

1  continue to be, committed to this case for all of the workers who are part of this class action,
2  and not just me.

3      14.    I understand the importance in being a representative for all of the workers in the
4  class and I have done my best to uphold this responsibility by being available at all times for
5  my attorneys, whenever they had questions about the situations and policies enforced on all
6  employees by Abercrombie.  This is a responsibility I take very seriously, and I will continue
7  to uphold my responsibilities to the class as a named representative if this case is certified,
8  including continue to work with class counsel and to prepare for trial.

9      15.    I made myself available for having my deposition taken in November, and have
10  responded to numerous interrogatories and requests for production of documents.  To my
11  knowledge, I have provided true and correct answers to these interrogatories and have
12  produced all documents in my possession that were in any way responsive to those requests
13  after a diligent search.

14      16.    Anytime I received a voicemail message or an email from my attorneys with
15  general questions about workplace practices at Abercrombie, I always answered them
16  promptly.

17      17.    I was paid minimum wage while working for Abercrombie and believe that this
18  was standard for my positions as a Model, which is a sales associate, and as an Impact
19  associate, which is in the stock room.

20      18.    I do not recall being told of any changes to Abercrombie's rest break policy
21  while I worked there.  In my experience, Abercrombie's rest break policy was applied the same
22  in my store throughout my employment.  I understood Abercrombie's rest break policy, as it
23  was applied while I worked for Abercrombie, was that 10-minute rest breaks were not
24  provided if you worked more than 5 hours.  Although the rest break policy may have changed
25  at some point, I don't recall any store manager informing me of this change and there certainly
26  were no changes in the application of rest breaks on the shifts I worked while employed by
27  Abercrombie.

28      19.    Abercrombie's Look Policy was consistent throughout my employment.  In order

Declaration of Arik Silva in Support of Plaintiffs' Motion for Class Certification
*Brown, et al. v. Abercrombie & Fitch Co., et al.*                        Case no.  2:14-cv-01242-JGB-VBK
Page 3

to work at Abercrombie, it was my understanding and experience that all employees had to wear Abercrombie clothing and to match the current season's look as set out in the AAA Style Guides.

20.    During my deposition, I was asked about and testified about the unlawful rest break policies applied at Abercrombie.  For example, *see* Exhibit A, with relevant testimony copied below.

> "Q. ...what do you believe you understand regarding practices and policies at Hollister...
> A. It was like the same as Abercrombie.
> Q. In what regard?
> A. Breaks, clothing, etcetera.
> Q. What about breaks and clothing?
> A. It was ... my understanding that they got the same kind of policy...
> Q. What do you mean by that?
> A. Whenever you work a 4-hour shift, you usually get 10 paid.  And when you work 5 and above, you get a 30 paid.  And you are supposed to get like a 10-minute paid, but she never got that either.  P. 18:18-19:7.

> "A. It was probably ... the first two weeks I was working, and I worked a, like, 6-hour day, and I asked – I personally asked Bert if – if I could go take my break because it was, like – I think it was, like – must have been, like, 5 hours or something like that and, he said, "No."  And then he made a remark about being hungover, and he – he didn't have time to deal with my – deal with my shit, his words.
> ...
> Q. Did you complain to anybody?
> A. Yes.
> Q. Who did you complain to?
> A. ... I don't recall.
> Q. To another manager in the store?
> A. Yes.
> Q. What did you say?
> A. 'I did not get my break,' and I sad that – probably said that towards, like, hour 5.  And then once I actually left, I was leaving the store and getting my bag check.  Ya, I told again, and they didn't really say anything back."  P. 41:18-43:9.

/ / /

/ / /

/ / /

/ / /

Declaration of Arik Silva in Support of Plaintiffs' Motion for Class Certification
*Brown, et al. v. Abercrombie & Fitch Co., et al.*                    Case no.  2:14-cv-01242-JGB-VBK
Page 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

"Q.  Was there ever a shift that you worked during the entirety of your employment during which you received two rest periods, two 10-minute rest breaks?
A.  For 5 hours and above?
Q.  Just any shift that you got two rest periods?
A.  No.
Q.  Was there ever a shift where you received both a rest period and a meal break?
A.  No.
Q.  You did get your meal breaks, though, on your shifts of greater than 5 hours, right?
A.  The 30 unpaid, yes.
...
Q.  Do you, personally, know whether anyone else working in the store during your employment ever received two rest periods on any shifts greater than 6 hours?
A.  No.  Nobody that I know of got more than two breaks on a 6-hour shift." P. 54:10-55:24.

"A.  Well, my understanding, when you work a shift that is 5 hours, you get a 10 paid and a 30 unpaid. And I never got that extra break, or rest period.
Q.  The 10-minute rest period?
A.  Yes.
Q.  When you would work a 5-hour shift?
A.  Yes, 5 and above..." P. 85:8-16.
Q.  Okay. My question that I just asked relates to shifts that you worked that were longer than 4 hours.
A.  So, 5 hours and above?
Q.  Well, anything longer than 4 hours.
A.  Okay.
Q.  All right. Do you recall ever asking a manager during any one of those shifts if you could go take a break, a rest break?
A.  Yes.
Q.  Okay.
A.  And the answer was no.
Q.  Okay. How many times did you ask that?
A.  I think just one.
Q.  Okay. And who did you ask?
A.  Can't specifically remember. It was probably whatever head manager was at that time.
Q.  And what did you ask?
A.  I asked if -- if we got breaks regarding... if we got breaks regarding... like for 5 -- for 4 hours and above more, if we got like a 10-minute break plus an unpaid, and they said, no, you just get a 30." P. 232:11-233:6.

"Q. Can you tell me whether, during your employment at Abercrombie, you ever observed an Abercrombie employee taking two 10-minute rest periods in the same shift?
A. No.

Declaration of Arik Silva in Support of Plaintiffs' Motion for Class Certification
*Brown, et al. v. Abercrombie & Fitch Co., et al.*                    Case no. 2:14-cv-01242-JGB-VBK
Page 5

1      Q. Okay. Can you tell me whether, during your
employment at Abercrombie, you ever observed an

2      Abercrombie employee take a 10-minute rest break
and a 30-minute meal period during the same shift?

3      A. No.
Q. Okay. And I would just like to clarify, for both of

4      those last questions, were you saying, no, you had
never observed that or no, you can't tell me?

5      A. No, I never observed that." P. 237:8-21.

6      21.    During my deposition, I spent an enormous amount of time discussing the

7  pressure put on me and my co-workers to purchase and wear Abercrombie clothes during

8  working hours.  We were called "Models" for a reason.  For example, *see* Exhibit A, with

9  relevant testimony copied below.

10      "Q.  What happened after the interview?
A. We were hired, and then we had to try on clothes."

11      P. 29:19-21.

12      "A. ...even though it says we are not – we don't have
to buy the clothes, Abercrombie's policy that was

13      enforced was we did have to buy the AAAs or we
weren't allowed to work or we would be penalized.

14      Q. When you say it says that we don't have to buy the
clothes, you are talking about the company's written

15      policy?
A. Written policy, yes.

16      Q. And you are saying that your experience, working
under the managers in the one store, was what?

17      A. That we -- we had to wear the AAAs, the
Abercrombie clothing, in order to work or we would

18      be sent home or penalized.
Q. How would be penalized?

19      A. Either we would be getting, like, written up or so or
we would just be get sent home. Majority of the time,

20      it would be sent home from what I remember.
Q. Well, were you ever sent home?

21      A. Yes.
Q. How many times?

22      A. I can't fully recall. I know it was a couple.
Q. Okay. Well a couple, like less than three?

23      A. I would probably say about three, I believe.
Q. Your testimony is you were actually sent home --

24      A. Yes.
Q. -- to change?

25      A. Majority of the time, uhm, by the time that they
acknowledged it, it was already too late, and they just

26      said "stay home" instead of, like, go home to change
and coming back.

27      Q. When you say that you had to wear the AAAs --
A. Yes, Abercrombie clothing, AAAs.

28      Q. What are you referring to?

Declaration of Arik Silva in Support of Plaintiffs' Motion for Class Certification
*Brown, et al. v. Abercrombie & Fitch Co., et al.*      Case no.  2:14-cv-01242-JGB-VBK
Page 6

A. The AAA Guide thing. The clothing that was, like, what was in style, what the models and impact was supposed to wear.

Q. All right. Did anybody specifically tell you, "Arik, you have to buy and wear AAA clothing"?

A. Yes.

Q. Okay. Who told you that?

A. Was several managers.

Q. Can you name one?

A. Keegan.

Q. And sitting here today, I want you to tell me as specifically as you can what Keegan said in that regard?

A. 'You need to wear AAA clothing. You have to or you get sent home.'

....

Q. Okay. Before we broke, I asked you specifically what Keegan said regarding AAA clothing. Remember that?

A. Ya.

Q. And you said that he said you have to buy the AAA clothing or you get sent home. Essentially, that's what you said, right?

A. Essentially.

Q. All right. I -- I just want to be clear, you remember him uttering those specific words or was that the impression?

A. It was the -- it was words of that kind. I don't know if it was specifically those words. It was just, what I remember, she said pretty much, 'If you don't wear AAA clothing, you get sent home. You need to wear AAA clothing to work. The clothes need to be Abercrombie.'" P. 85:8-88:17.

"Q. So you testified that -- that, at your store, your manager told you that you needed to wear AAA clothing?

A. Upon my orientation, I remember Keegan was doing orientation, and she said you needed to wear AAA clothing to work." P. 96:16-21.

"Q. We'll look at your purchase logs and compare them up with the AAA Style Guide, but is it your testimony that you were or needed to buy something each time a AAA Style Guide came out?

A. Typically, yes.

Q. Well, was there ever an exception to that?

A. I believe with jeans, ya, because usually the jeans would follow through, but usually you always had to buy something that was -- that came out with the new season in the new AAA Guide." P. 99:16-25.

"Q. Okay. Did you, yourself, ever wear any non-Abercrombie clothing to work?

A. I attempted, but I was denied.

Declaration of Arik Silva in Support of Plaintiffs' Motion for Class Certification
*Brown, et al. v. Abercrombie & Fitch Co., et al.*                    Case no. 2:14-cv-01242-JGB-VBK
Page 7

Q. What do you mean you attempted, but were denied?

A. I would try to wear a pair of -- originally, I tried to wear a pair of, uhm... just like regular, like, dark, darkish blue jeans, didn't have any logos or anything on it. And they said that wasn't like the correct jean to wear. I had to wear Abercrombie jeans.

Q. Okay. How many times did that happen?

A. For the jeans, just one time.

Q. What type of jeans were you trying to wear?

A. They were just, like, regular, dark, blue jeans.

Q. Do you know the brand?

A. No. I don't remember specifically remember what brand it was.

Q. Do you know whether they had any visible stitching on the back?

A. ... actually, now that I think of it, no. It was just -- it was a pair my mom sent me. I told her I needed -- I needed jeans, and she sent me those.

Q. Okay. Well, you don't know -- sitting here today, you can't tell me whether they had any visible stitching or patch or anything on the back?

A. There wasn't no -- there wasn't, like, patches or anything. It was just -- it was, like, my mom sometimes will buy very, just like, generic stuff, and it was -- I told her in getting jeans to buy something that didn't have any logos or something, like, weird, crazy stitching or anything like that. Just regular, plain jeans.

...

Q. ... Did you actually wear those jeans to work or did you ask if you could wear them?

A. I tried to wear the jeans to work.

Q. What do you mean you tried? You showed up for work?

A. I showed up for work wearing the jeans. They said, "No. Change your jeans."

Q. So what did you do?

A. I put on my Abercrombie jeans.

Q. You brought your Abercrombie jeans with you?

A. Ya.

...

Q. Okay. Any other occasion that you wore non-Abercrombie clothing to work?

A Yes... I tried to wear... high top Converse®, and I got sent home, but it was,... it was high-top Converse® to the point where, like, you have to flip your jeans a certain way, and I'm, like, do it, and I bought jeans that were long, Abercrombie jeans that were long enough that went pretty far down and didn't look -- you couldn't tell the difference if I was wearing low tops or high tops. But I went to go bend down and tie my shoe, and I guess the thing came way up, and I was wear high tops. They were black and white, and they sent me home.

Q. To change?

Declaration of Arik Silva in Support of Plaintiffs' Motion for Class Certification
*Brown, et al. v. Abercrombie & Fitch Co., et al.*          Case no. 2:14-cv-01242-JGB-VBK
Page 8

1    A. No. They just sent me home. They said, "Don't come back."

2    Q. Okay. Any other situations?

     A. No. I kind of just learned my lesson after that and
3    then just wore Abercrombie clothing.

     ...

4    Q. All right. Did you ever see anybody else at work
     wear non-A&F clothes?

5    A. John -- a guy named Johnny, he tried, and he got
     sent home.

6    Q. Do you know what he tried to wear?

     A. Jeans. It was -- from what I remember with the
7    jeans, they just looked like regular, dark, blue jeans.
     There wasn't anything crazy about them or patches or
8    anything. And they said, "No, you can't wear those,"
     and they sent him home.

9    Q. Okay. Anybody else?

     A. Let's see. I believe Alex Brown, he tried to wear
10   shorts that were actually Abercrombie, and they tried
     to send him home because they weren't, like, within
11   that style, but he protested, and he got to wear the
     shorts. Other than that, he wasn't sent home, though,
12   other than Barry -- or Johnny, he got sent home.

     ...

13   Q. All right. Sitting here today, are you able to
     definitively tell me one way or another whether
14   anybody in the store working at the same time period
     that you did ever wore non-A&F clothing to work
15   without issue?

     A. No. Every time I ever heard of anyone try to wear
16   non-A&F clothing, they got sent home.

     Q. Okay. Well, you don't know whether that holds true
17   across all employees that worked at the same time
     during your employment, correct?

18   A. Yes. I mean, I've seen -- I've heard, like, other
     employees, like, "Oh, what happened to him?" "He got
19   sent home. He wasn't wearing A&F clothing." So all
     the managers in the store enforce that kind of rule...

20   ...

     Q. I'm just -- you admit that it's possible that during
21   the course of your employment, somebody wore non-
     A&F clothing to work without issue?

22   A. I've never seen it." P.104:5-109:3.

23   "Q. Did you review the style guides when they would
     come out?

24   A. The AAA Guides?

     Q. AAA Style Guides?

25   A. Whenever we were told that we had to purchase the
     new ones, ya.

26   Q. Well, you know that the AAA Style Guides were
     issued several times a year, correct?

27   A. Yes.

28   / / /

Declaration of Arik Silva in Support of Plaintiffs' Motion for Class Certification
*Brown, et al. v. Abercrombie & Fitch Co., et al.*                    Case no. 2:14-cv-01242-JGB-VBK
Page 9

1    Q. Okay. So did you -- did you review the guide each time it came out --
...
2    A. Just when my knowledge was -- or when the knowledge was given to me that we had to update our clothing, then I reviewed them.
3
Q. And when you reviewed them, whenever you did so, you actually held the physical document in your hand and flipped through it?
4
A. Yes. They would post it on the corkboard." P. 135:22-136:16.
5

6    "Q. Why did you decide to purchase the jeans that you bought and the shirt that you bought?
7    A. It was -- Kavon was with me, I believe.
Q. I'm sorry?
8    A. I believe it was either Kavon or one of the managers would walk around with us and then it was just -- I just grabbed something.
9    ...
Q. Okay. So you just picked whatever you felt like picking?
10   A. I picked the AAAs that were available. Whatever was available AAA-wise, I grabbed those." P. 150:10-151:4.
11

12   "A. ...I bought clothes when they told me I had to buy clothes. When they said, "You need to change your shirt, go pick out a new one," I did.  If they didn't tell me that, I didn't buy it. I bought -- I bought AAAs because I had to. If I didn't have that -- if I didn't have that, whatever -- whatever piece of clothing they said I needed, then I would get sent home.
13
...
14   A. When they said, "You need to buy this" -- my orientation, they said, "You need to buy some clothes in order to work." I said, "Okay." So I bought these. When they said, "You need to change that," I changed it. When they said, "You need to change your jeans," I changed the jeans.
15
16   Q. Okay.
A. When -- the times -- said you can't wear the denim shirt no more, you need to wear a different shirt, I'm pretty sure I bought the HTR gray shirt." P. 179:9-181:2.
17

18   "Q Okay. Can you tell me whether women working and girls working at the Abercrombie store, which you worked, were required to wear AAAs?
...
19

20

21

22

23

24

25

26   / / /

27   / / /

28   / / /

Declaration of Arik Silva in Support of Plaintiffs' Motion for Class Certification
*Brown, et al. v. Abercrombie & Fitch Co., et al.*          Case no. 2:14-cv-01242-JGB-VBK
Page 10

1

2
A. Yes.
Q Okay. How do you know that?
3
A. The -- I mean, the women and the guys worked together for orientation, and they -- they told everyone you have to get AAAs." P. 238:7-25.

4

5
I certify under penalty of perjury under the laws of the United States that the foregoing
6
is true and correct.

7

8
Executed on Jan 11, 2015, at Santa Monica, California.

9

10
ALIK SILVA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Arik Silva in Support of Plaintiffs' Motion for Class Certification
*Brown, et al. v. Abercrombie & Fitch Co., et al.*        Case no.  2:14-cv-01242-JGB-VBK
Page 11

**EXHIBIT A**

ARIK SILVA - 11/11/2014

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER BROWN and ARIK         )
SILVA, individually and on       )
behalf of class of similarly     )
situated individuals,            )
                                 )
                Plaintiffs,      )
                                 )
        -vs-                     ) CASE NO.
                                 ) 2:14-CV-01242-GAF-
Abercrombie & Fitch® CO.;        ) VBK
Abercrombie & Fitch® STORES,     )
INC., and DOES 1-50,             )
inclusive,                       )
                                 )
                Defendants.      )
_____  )

DEPOSITION OF ARIK SILVA

TUESDAY, NOVEMBER 11, 2014

9:04 a.m.

REPORTED BY:  ERIKA SJOQUIST, C.S.R., R.P.R., C.R.R.
C.S.R. No. 12350

ARIK SILVA - 11/11/2014

Page 18

```
 1      Q    Just to try to narrow our focus today and speed

 2   things along.  I just want to establish, you don't have

 3   any personal knowledge about how any employment

 4   practices or policies are implemented at any of the

 5   company's Hollister stores, correct?                        09:16:37

 6      A    I do.  I do.  I had a girlfriend who worked at

 7   a Hollister.

 8      Q    Where was that?

 9      A    It would be Visalia, California.

10      Q    What was her position?                              09:16:57

11      A    I don't really recall.  I just know she worked

12   at Hollister.

13      Q    You don't know what she did?

14      A    No.  Unfortunately not.

15      Q    Do you know if she was a manager or an hourly        09:17:09

16   employee?

17      A    I know she was an hourly employee.

18      Q    All right.  Well, what do you believe you

19   understand regarding practices and policies at Hollister

20   vis-à-vis this girlfriend?                                  09:17:31

21      A    It was like the same as Abercrombie.

22      Q    In what regard?

23      A    Breaks, clothing, etcetera.

24      Q    What about breaks and clothing?

25      A    It was, uhm, my understanding that they got the     09:17:47
```

ARIK SILVA - 11/11/2014

```
1    same kind of policy, want to call it, that we got at

2    Abercrombie in Santa Monica.

3        Q    What do you mean by that?

4        A    Whenever you work a 4-hour shift, you usually

5    get 10 paid.  And when you work 5 and above, you get a          09:18:02

6    30 paid.  And you are supposed to get like a 10-minute

7    paid, but she never got that either.

8        Q    When did you talk to her about that?

9        A    I don't really recall.

10       Q    Is this woman still your girlfriend?              09:18:19

11       A    No.

12       Q    Okay.  When did the relationship end?

13       A    I guess she -- she moved back to Mexico.  And

14   so, it must have been... I guess July.

15       Q    July of what year?                                09:18:38

16       A    2014.

17       Q    Do you know when she left the company's

18   employment?

19       A    Unfortunately, I don't.  Once -- we stopped

20   talking after a while, and it was just kind of -- we          09:18:46

21   never talked about anything.

22       Q    When do you believe you talked to her about her

23   experiences at Hollister?

24       A    Uhm... it was probably June, around June, I

25   guess.                                                        09:19:05
```

ARIK SILVA - 11/11/2014

Page 29

```
 1      Q    People that are responsible for -- well, the

 2   part-time associates that are responsible for working

 3   the sales floor, right?

 4      A    Yes.

 5      Q    Models do things like help customers select       09:30:24

 6   clothes?

 7      A    Yes.

 8      Q    Get them to fitting rooms?

 9      A    Yes.

10      Q    Ring them up?                                      09:30:32

11      A    Yes.

12      Q    Clean the store?

13      A    Yes.

14      Q    Fold clothes?

15      A    Yes.                                               09:30:38

16      Q    Generally, the same types of duties that you

17   have at Lush Cosmetics?

18      A    Ya.

19      Q    What happened after the interview?

20      A    We were hired, and then we had to try on          09:31:10

21   clothes.

22      Q    Did you, at any point in time, have an

23   orientation?

24      A    Yes.

25      Q    Okay.  And do you remember at that orientation    09:31:27
```

ARIK SILVA - 11/11/2014

```
 1    after high school.  Ya, she made -- she made some weird

 2    remark about that.

 3         Q    Do you remember the remark or no?

 4         A    I don't recall.

 5         Q    All right.  Did you work with Roisin at all?          09:47:11

 6         A    That name doesn't sound familiar.

 7         Q    Bert, you told me about?

 8         A    Yes.

 9         Q    Did you get along with Bert all right?

10         A    I was -- I saw Bert only a few times, and that      09:47:28

11    was when I first started working at Abercrombie.  Other

12    than that, he -- from my knowledge, he was fired.  And

13    then I never saw him again after that.

14         Q    All right.  Well, did you or did you not have

15    any interactions with him on the few times that you saw    09:47:46

16    him?

17         A    I did.

18         Q    All right.  And did you have any issue or

19    problem with him based on those interactions?

20         A    Yes.                                              09:47:55

21         Q    What?

22         A    It was probably, uhm...  I don't remember.  It

23    was, like, my second shift, third shift.  It was

24    probably, like, the first two weeks I was working, and I

25    worked a, like, 6-hour day, and I asked -- I personally    09:48:08
```

ARIK SILVA - 11/11/2014

Page 42

1   asked Bert if -- if I could go take my break because it

2   was, like -- I think it was, like -- must have been,

3   like, 5 hours or something like that, and he said, "No."

4   And then he made a remark about being hungover, and he

5   -- he didn't have time to deal with my -- deal with my          09:48:30

6   shit, his words.

7       Q    Were you asking to take your first break or a

8   second break?

9           MR. JAMES:  Objection.  Vague and ambiguous.

10          THE WITNESS:  I don't recall.                           09:48:48

11  BY MR. GARCIA:

12      Q    You don't remember?

13      A    No, I don't remember.

14      Q    All right.  Well, do you remember if you ended

15  up taking a shift -- a break that shift?                        09:48:56

16          MR. JAMES:  Objection.  You mean a meal break

17  or a rest break?

18  BY MR. GARCIA:

19      Q    Did you take any type of break that shift?

20      A    No.                                                    09:49:04

21      Q    No meal or rest break?

22      A    No.

23      Q    Did you complain to anybody?

24      A    Yes.

25      Q    Who did you complain to?                               09:49:16

ARIK SILVA - 11/11/2014

Page 43

```
 1      A    Uhm... I don't recall.
 2      Q    To another manager in the store?
 3      A    Yes.
 4      Q    What did you say?
 5      A    "I did not get my break," and I said that --        09:49:26
 6   probably said that towards, like, hour 5.  And then once
 7   I actually left, I was leaving the store and getting my
 8   bag check.  Ya, I told again, and they didn't really say
 9   anything back.
10      Q    When you say you didn't get your break, when      09:49:44
11   you -- when you reported that to a manager, did you
12   specify as between your rest or meal break?
13      A    I don't recall.
14      Q    Do you recall whether you were -- received
15   pay --                                                    09:50:04
16      A    I don't recall.
17      Q    -- as a result of not getting your break,
18   additional pay?
19      A    I don't recall.
20      Q    So you don't know if anything was done in         09:50:11
21   response to your report --
22      A    Ya.
23      Q    -- correct?
24      A    Yes.
25      Q    All right.  Was that the only situation that      09:50:20
```

ARIK SILVA - 11/11/2014

Page 54

```
 1              MR. JAMES:  You can take time to read the
 2     document before you answer, if you would like.
 3     BY MR. GARCIA:
 4         Q    Ya, I'm not -- sure.
 5         A    Ya.                                              10:02:43
 6         Q    All right.  And you told me earlier than on
 7     shifts you worked 4 hours or less, you would get your
 8     10-minute rest break, right?
 9         A    10-minute paid, yes.
10         Q    Was there ever a shift that you worked during  10:02:59
11     the entirety of your employment during which you
12     received two rest periods, two 10-minute rest breaks?
13         A    For 5 hours and above?
14         Q    Just any shift that you got two rest periods?
15         A    No.                                             10:03:15
16         Q    Was there ever a shift where you received both
17     a rest period and a meal break?
18         A    No.
19         Q    10-minute break and a meal break?
20         A    No.                                             10:03:25
21         Q    You did get your meal breaks, though, on your
22     shifts of greater than 5 hours, right?
23         A    The 30 unpaid, yes.
24         Q    Do you know -- do you, personally, know whether
25     anybody else working in the store during your employment 10:04:09
```

ARIK SILVA - 11/11/2014

Page 55

```
 1    ever received two rest periods on any shifts greater

 2    than 6 hours?

 3       A    No.

 4       Q    You don't know one way or the other?

 5       A    Can you repeat the question?                    10:04:29

 6       Q    Sure.

 7            Do you, personally, know whether anyone else

 8    working in the store during your employment ever

 9    received two rest periods on any shifts greater than

10    6 hours?                                                10:04:41

11       A    No.  Nobody that I know of got more than two

12    breaks on a 6-hour shift.

13       Q    Okay.  I don't know that your answer is

14    responsive here.  Just stay with me.

15            Do you, personally, know whether anyone else   10:05:05

16    working in the store during your -- during your

17    employment, all right, ever received two breaks, two

18    rest breaks on shifts greater than 4 hours?  Do you know

19    one way or the other?

20       A    No, I do not.                                   10:05:23

21       Q    All right.  And I take it your answer would be

22    the same with respect to shifts 6 hours or more,

23    correct?

24       A    Yes.

25       Q    All right.  How would you go about taking your  10:05:34
```

ARIK SILVA - 11/11/2014

Page 85

```
 1        Q     All right.  Well, do you know anything about

 2    this supposed circumstance other than what somebody told

 3    you secondhand?

 4        A     No.

 5        Q     All right.  You, yourself, don't believe you          10:51:11

 6    were ever paid late, correct?

 7        A     From my knowledge, yes.

 8        Q     All right.  Why don't you tell me in your own

 9    words why it is you're suing Abercrombie?

10        A     Well, my understanding, when you work a shift         10:51:44

11    that is 5 hours, you get a 10 paid and a 30 unpaid.  And

12    I never got that extra break, or rest period.

13        Q     The 10-minute rest period?

14        A     Yes.

15        Q     When you would work a 5-hour shift?                   10:52:04

16        A     Yes, 5 and above.  And then I guess it was

17    also, uhm, us, uhm, even though it says we are not -- we

18    don't have to buy the clothes, Abercrombie's policy that

19    was enforced was we did have to buy the AAAs or we

20    weren't allowed to work or we would be penalized.            10:52:32

21        Q     When you say it says that we don't have to buy

22    the clothes, you are talking about the company's written

23    policy?

24        A     Written policy, yes.

25        Q     And you are saying that your experience,              10:52:49
```

ARIK SILVA - 11/11/2014

Page 86

```
 1    working under the managers in the one store, was what?
 2        A    That we -- we had to wear the AAAs, the
 3    Abercrombie clothing, in order to work or we would be
 4    sent home or penalized.
 5        Q    How would be penalized?                          10:53:14
 6        A    Either we would be getting, like, written up or
 7    so or we would just be get sent home.  Majority of the
 8    time, it would be sent home from what I remember.
 9        Q    Well, were you ever sent home?
10        A    Yes.                                             10:53:28
11        Q    How many times?
12        A    I can't fully recall.  I know it was a couple.
13        Q    Okay.  Well a couple, like less than three?
14        A    I would probably say about three, I believe.
15        Q    Your testimony is you were actually sent        10:53:38
16    home --
17        A    Yes.
18        Q    -- to change?
19        A    Majority of the time, uhm, by the time that
20    they acknowledged it, it was already too late, and they  10:53:47
21    just said "stay home" instead of, like, go home to
22    change and coming back.
23        Q    When you say that you had to wear the AAAs --
24        A    Yes, Abercrombie clothing, AAAs.
25        Q    What are you referring to?                      10:54:08
```

ARIK SILVA - 11/11/2014

Page 87

```
 1       A    The AAA Guide thing.  The clothing that was,
 2    like, what was in style, what the models and impact was
 3    supposed to wear.
 4       Q    All right.  Did anybody specifically tell you,
 5    "Arik, you have to buy and wear AAA clothing"?           10:54:24
 6       A    Yes.
 7       Q    Okay.  Who told you that?
 8       A    Was several managers.
 9       Q    Can you name one?
10       A    Keegan.                                           10:54:32
11       Q    And sitting here today, I want you to tell me
12    as specifically as you can what Keegan said in that
13    regard?
14       A    "You need to wear AAA clothing.  You have to or
15    you get sent home."                                      10:54:43
16            I'm sorry to stop it again, but I have to use
17    the bathroom.  I'm kind of sick right now, so.
18            MR. GARCIA:  Okay.
19            THE VIDEOGRAPHER:  Off the record.  The time is
20    10:54.                                                   10:54:54
21
22                      (Off the record.)
23
24            THE VIDEOGRAPHER:  Back on the record at 11:03.
25    BY MR. GARCIA:                                           11:03:32
```

ARIK SILVA - 11/11/2014

Page 88

```
 1      Q      Okay.  Before we broke, I asked you
 2   specifically what Keegan said regarding AAA clothing.
 3          Remember that?
 4      A      Ya.
 5      Q      And you said that he said you have to buy the        11:03:42
 6   AAA clothing or you get sent home.  Essentially, that's
 7   what you said, right?
 8      A      Essentially.
 9      Q      All right.  I -- I just want to be clear, you
10   remember him uttering those specific words or was that        11:03:56
11   the impression?
12      A      It was the -- it was words of that kind.  I
13   don't know if it was specifically those words.  It was
14   just, what I remember, she said pretty much, "If you
15   don't wear AAA clothing, you get sent home.  You need to       11:04:08
16   wear AAA clothing to work.  The clothes need to be
17   Abercrombie."
18      Q      And again, my question is, do you remember
19   those specific words or was that the impression that you
20   had after speaking with her?                                  11:04:23
21          MR. JAMES:  Objection.  Asked and answered.
22          THE WITNESS:  It was around those specific
23   words.
24   BY MR. GARCIA:
25      Q      So with respect to the AAA clothing, what did        11:05:09
```

ARIK SILVA - 11/11/2014

Page 96

```
1    probably have seen it; just don't remember.

2         Q     Skirts?

3         A     Actually, no.  I never really seen a lady

4    wearing a skirt at a retail shop.

5         Q     All right.  How about a dress?              11:12:43

6         A     Yes.

7         Q     Women wear jeans --

8         A     Yes, women wear jeans.

9         Q     -- at other retailers?

10        A     Yes, women wear jeans at retail stores.     11:12:51

11        Q     How about, like, button-down-type shirts?

12        A     Uhm, the only place I ever seen, really seen a

13   girl wear, like, a button-down was like at Starbucks.

14        Q     So yes?

15        A     If Starbucks is a retailer, ya.             11:13:06

16        Q     So you testified that -- that, at your store,

17   your manager told you that you needed to wear AAA

18   clothing?

19        A     Upon my orientation, I remember Keegan was

20   doing orientation, and she said you needed to wear AAA  11:13:45

21   clothing to work.

22        Q     Okay.  That's your testimony, right?

23        A     Yes.

24        Q     But it's true, is it not, that Keegan never

25   said you need to wear any particular outfit, correct?   11:13:55
```

ARIK SILVA - 11/11/2014

Page 99

```
 1      A    Nonspecific, within the AAAs.  It had to be --
 2   it had to be in the AAAs, but it wasn't specifically
 3   something in the AAAs.  Besides Natalia encouraging one
 4   time that on the AAA there was a shirt, "You should get
 5   that one," I got that one, because she encouraged it,        11:16:22
 6   but no, not outside the AAAs.
 7           Within -- ya, they never said anything about,
 8   like, "Oh, you have to specifically get that one."  As
 9   long as it was AAA, and it was, like, within the style
10   season.                                                      11:16:34
11      Q    So your testimony is as long as something was
12   within the AAA and generally consistent with the current
13   season, you could choose among the many options what you
14   wanted to wear?
15      A    Yes.                                                 11:17:20
16      Q    We'll look at your purchase logs and compare
17   them up with the AAA Style Guide, but is it your
18   testimony that you were or needed to buy something each
19   time a AAA Style Guide came out?
20      A    Typically, yes.                                      11:17:54
21      Q    Well, was there ever an exception to that?
22      A    I believe with jeans, ya, because usually the
23   jeans would follow through, but usually you always had
24   to buy something that was -- that came out with the new
25   season in the new AAA Guide.                                 11:18:08
```

ARIK SILVA - 11/11/2014

Page 104

```
1              clothing" -- I'm sorry -- "wear clothes that

2              are similar to the brand."

3              Do you see that?

4       A      Yes.

5       Q      Okay.  Did you, yourself, ever wear any        11:22:20

6   non-Abercrombie clothing to work?

7       A      I attempted, but I was denied.

8       Q      What do you mean you attempted, but were

9   denied?

10      A      I would try to wear a pair of -- originally, I  11:22:38

11  tried to wear a pair of, uhm...  just like regular,

12  like, dark, dark-ish blue jeans, didn't have any logos

13  or anything on it.  And they said that wasn't like the

14  correct jean to wear.  I had to wear Abercrombie jeans.

15      Q      Okay.  How many times did that happen?          11:22:54

16      A      For the jeans, just one time.

17      Q      What type of jeans were you trying to wear?

18      A      They were just, like, regular, dark, blue

19  jeans.

20      Q      Do you know the brand?                           11:23:04

21      A      No.  I don't remember specifically remember

22  what brand it was.

23      Q      Do you know whether they had any visible

24  stitching on the back?

25      A      Uhm, there was, uhm, no -- actually, now that I  11:23:12
```

ARIK SILVA - 11/11/2014

Page 105

```
 1   think of it, no.  It was just -- it was a pair my mom

 2   sent me.  I told her I needed -- I needed jeans, and she

 3   sent me those.

 4       Q    Okay.  Well, you don't know -- sitting here

 5   today, you can't tell me whether they had any visible       11:23:27

 6   stitching or patch or anything on the back?

 7       A    There wasn't no -- there wasn't, like, patches

 8   or anything.  It was just -- it was, like, my mom

 9   sometimes will buy very, just like, generic stuff, and

10   it was -- I told her in getting jeans to buy something     11:23:41

11   that didn't have any logos or something, like, weird,

12   crazy stitching or anything like that.  Just regular,

13   plain jeans.

14       Q    Well, sitting here today, you are not able to

15   describe the stitching contained on those jeans,           11:23:53

16   correct?

17       A    Ya.

18       Q    Correct?

19       A    Exactly.

20       Q    All right.  All right.  On any other occasion,    11:23:57

21   did you wear any non-Abercrombie clothing -- well,

22   strike that.

23            Did you actually wear those jeans to work or

24   did you ask if you could wear them?

25       A    I tried to wear the jeans to work.                11:24:08
```

ARIK SILVA - 11/11/2014

```
 1      Q      What do you mean you tried?  You showed up for

 2   work?

 3      A      I showed up for work wearing the jeans.  They

 4   said, "No.  Change your jeans."

 5      Q      So what did you do?                              11:24:16

 6      A      I put on my Abercrombie jeans.

 7      Q      You brought your Abercrombie jeans with you?

 8      A      Ya.

 9      Q      All right.  So you weren't penalized in any

10   way?                                                       11:24:31

11      A      No, because I had the jeans with me.

12      Q      Okay.  Any other occasion that you wore

13   non-Abercrombie clothing to work?

14      A      Yes.  Well, uhm, I wore, uhm...  I tried to

15   wear, uhm, high top Converse®, and I got sent home, but    11:24:41

16   it was, uhm...  it was high-top Converse® to the point

17   where, like, you have to flip your jeans a certain way,

18   and I'm, like, do it, and I bought jeans that were long,

19   Abercrombie jeans that were long enough that went pretty

20   far down and didn't look -- you couldn't tell the          11:24:59

21   difference if I was wearing low tops or high tops.  But

22   I went to go bend down and tie my shoe, and I guess the

23   thing came way up, and I was wear high tops.  They were

24   black and white, and they sent me home.

25      Q      To change?                                       11:25:12
```

ARIK SILVA - 11/11/2014

Page 107

1       A     No.  They just sent me home.  They said, "Don't

2    come back."

3       Q     Okay.  Any other situations?

4       A     No.  I kind of just learned my lesson after

5    that and then just wore Abercrombie clothing.              11:25:28

6       Q     And the look policy specifically states low

7    top --

8       A     Yes.

9       Q     -- right?

10      A     (Indicating).                                      11:25:34

11      Q     Correct?

12      A     Yes, correct.

13      Q     All right.  Did you ever see anybody else at

14   work wear non-A&F clothes?

15      A     John -- a guy named Johnny, he tried, and he       11:25:44

16   got sent home.

17      Q     Do you know what he tried to wear?

18      A     Jeans.  It was -- from what I remember with the

19   jeans, they just looked like regular, dark, blue jeans.

20   There wasn't anything crazy about them or patches or         11:25:57

21   anything.  And they said, "No, you can't wear those,"

22   and they sent him home.

23      Q     Okay.  Anybody else?

24      A     Let's see.  I believe Alex Brown, he tried to

25   wear shorts that were actually Abercrombie, and they        11:26:13

ARIK SILVA - 11/11/2014

Page 108

```
 1    tried to send him home because they weren't, like,

 2    within that style, but he protested, and he got to wear

 3    the shorts.  Other than that, he wasn't sent home,

 4    though, other than Barry -- or Johnny, he got sent home.

 5        Q    Anybody else?                                         11:26:26

 6        A    Uhm... not that I recall.

 7        Q    All right.  Sitting here today, are you able to

 8    definitively tell me one way or another whether anybody

 9    in the store working at the same time period that you

10    did ever wore non-A&F clothing to work without issue?       11:26:41

11        A    No.  Every time I ever heard of anyone try to

12    wear non-A&F clothing, they got sent home.

13        Q    Okay.  Well, you don't know whether that holds

14    true across all employees that worked at the same time

15    during your employment, correct?                            11:26:58

16        A    Yes.  I mean, I've seen -- I've heard, like,

17    other employees, like, "Oh, what happened to him?"

18             "He got sent home.  He wasn't wearing A&F

19    clothing."

20             So all the managers in the store enforce that      11:27:10

21    kind of rule.  So I don't know if that answers your

22    question.

23        Q    It really doesn't.

24        A    All right.

25        Q    I'm just -- you admit that it's possible that      11:27:16
```

ARIK SILVA - 11/11/2014

Page 109

```
 1    during the course of your employment, somebody wore

 2    non-A&F clothing to work without issue?

 3        A    I've never seen it.

 4        Q    But you admit that it's possible?

 5        A    Ya, I guess anything is possible.                    11:27:26

 6        Q    Okay.  And to the extent that somebody

 7    testifies that they worked at Third Street Promenade and

 8    wear or wore A&F -- non-A&F clothing to work without

 9    issue, your response would just be that you had a

10    different experience, right?                                  11:27:42

11             MR. JAMES:  Objection.  Hypothetical.

12             THE WITNESS:  Can you -- can you, please --

13    BY MR. GARCIA:

14        Q    Ya.

15             To the extent somebody offers testimony in this     11:27:48

16    case and says, Hey, I wore or wear non-A&F clothing to

17    work at Third Street Promenade without issue, you would

18    just say, "Well, I had a different experience"?

19        A    For Abercrombie or just any retail joint on the

20    Third Street Promenade?                                       11:28:02

21        Q    Third -- at Abercrombie?

22        A    Oh, uhm... ya.  I wouldn't -- unless I came

23    across that, it would be my experience.

24        Q    You would just say, "I had a different

25    experience from that person"?                                 11:28:12
```

ARIK SILVA - 11/11/2014

Page 135

```
1      Q     Can you stand up and just?

2      A     Ya.

3      Q     Are they black jeans?

4      A     Ya.

5      Q     Oh, okay.                                    13:02:22

6      A     Black jeans, and you can wear any accessory you

7   want.

8      Q     Now, do they -- do they provide those clothes

9   to you at Lush?

10     A     No, no.  They just kind of assume somewhere in   13:02:32

11  their closet, you own a white shirt, black shirt, or

12  black pants or white pants.

13     Q     But it has to be black or white.  It can't be

14  any other type of color?

15     A     Ya, has to be black or white.                13:02:50

16     Q     When you moved over to the impact position --

17     A     Uhm-hum.

18     Q     -- do you have any knowledge regarding whether

19  you had additional footwear options to choose from in

20  terms of what you could wear to work?                  13:03:34

21     A     No.

22     Q     Did you review the style guides when they would

23  come out?

24     A     The AAA Guides?

25     Q     AAA Style Guides?                             13:04:20
```

ARIK SILVA - 11/11/2014

Page 136

```
 1      A     Whenever we were told that we had to purchase
 2   the new ones, ya.
 3      Q     Well, you know that the AAA Style Guides were
 4   issued several times a year, correct?
 5      A     Yes.                                         13:04:36
 6      Q     Okay.  So did you -- did you review the guide
 7   each time it came out --
 8      A     Just --
 9      Q     -- or you don't know?
10      A     Just when my knowledge was -- or when the    13:04:45
11   knowledge was given to me that we had to update our
12   clothing, then I reviewed them.
13      Q     And when you reviewed them, whenever you did
14   so, you actually held the physical document in your hand
15   and flipped through it?                               13:04:59
16      A     Yes.  They would post it on the corkboard.
17
18            (Exhibit 41 marked for identification.)
19            (Exhibit 42 marked for identification.)
20                                                         13:06:04
21      Q     You have been handed Exhibits 41 and 42 to your
22   deposition.
23            Do you see that?
24      A     Uhm-hum.
25      Q     Yes?                                         13:06:09
```

ARIK SILVA - 11/11/2014

Page 150

```
 1    different, more than that, shirts reflected on here.

 2        A    I see button-ups, sweaters, and henleys.

 3        Q    And a T-shirt?

 4        A    And, ya, I guess a T-shirt.

 5        Q    Okay.  And numerous different types of jeans?      13:21:31

 6        A    Different styles, ya.

 7        Q    All right.  And... certainly a lot of different

 8    color options, correct?

 9        A    Yes.

10        Q    Why did you decide to purchase the jeans that      13:21:48

11    you bought and the shirt that you bought?

12        A    It was -- Kavon was with me, I believe.

13        Q    I'm sorry?

14        A    I believe it was either Kavon or one of the

15    managers would walk around with us and then it was just   13:22:26

16    -- I just grabbed something.

17        Q    You just picked whatever you felt like picking?

18             MR. JAMES:  Objection.  Vague and ambiguous.

19    BY MR. GARCIA:

20        Q    I'm sorry?                                          13:22:36

21        A    Didn't have shorts.  I picked jeans, and I just

22    grabbed a shirt.

23        Q    Okay.  So you just picked whatever you felt

24    like picking?

25             MR. JAMES:  Objection.  Misstates his              13:22:44
```

ARIK SILVA - 11/11/2014

Page 151

```
 1    testimony.
 2              THE WITNESS:   I picked the AAAs that were
 3    available.   Whatever was available AAA-wise, I grabbed
 4    those.
 5    BY MR. GARCIA:                                              13:22:52
 6         Q    You picked whatever was reflected in the AAA
 7    Style Guide that you felt like picking, true?
 8         A    Yes.   I picked out a button-up shirt and a pair
 9    of jeans.
10         Q    All right.                                       13:23:01
11         A    It was October.
12
13              (Exhibit 45 marked for identification.)
14
15         Q    I've handed you what's been marked as            13:23:43
16    Exhibit 44 --
17              COURT REPORTER:   45.
18    BY MR. GARCIA:
19         Q    -- is that right?   45.
20              This is the Spring Preview 2013 Style Guide,     13:23:53
21    right?
22         A    Yes.
23         Q    And this was issued on or about December 15,
24    2012, right?
25         A    Yes.                                             13:24:02
```

ARIK SILVA - 11/11/2014

Page 179

1      A     I had a heather gray shirts.

2      Q     You are talking about the one you purchased on

3   January 29, 2014?

4      A     Yes.

5      Q     Okay.  What other shirt did you have at that          14:07:36

6   time that, in your view, was consistent with the AAA

7   guideline?

8      A     I had the denim shirt.

9      Q     Okay.  So it's your testimony that that denim

10  shirt continued to be consistent with the AAA guideline     14:07:48

11  as of January 29, 2014?

12     A     I don't know.  Not -- I'm not very sure.  All I

13  remember, regardless of what's on this thing, I've never

14  seen this document before, okay.  They didn't tell me

15  like, oh, you recorded this.  Uhm, we record the shirt      14:08:05

16  when you bought that.

17           Uhm, I bought clothes when they told me I had

18  to buy clothes.  When they said, "You need to change

19  your shirt, go pick out a new one," I did.

20           If they didn't tell me that, I didn't buy it.       14:08:17

21  I bought -- I bought AAAs because I had to.  If I didn't

22  have that -- if I didn't have that, whatever -- whatever

23  piece of clothing they said I needed, then I would get

24  sent home.

25     Q     Well, nobody ever told you you need to go pick       14:08:30

ARIK SILVA - 11/11/2014

Page 180

1    out two shirts, correct?

2       A    What?  When?

3       Q    Listen to my question.  Nobody ever told you

4    you have to go pick out two shirts, correct?  You don't

5    need to look at that.                                     14:08:41

6       A    For what time?

7       Q    Any time during your employment.  Nobody ever

8    said, "Arik, you need to go pick out two shirts to wear

9    to work," correct?

10      A    Correct.                                          14:08:49

11      Q    Okay.  And certainly, nobody told you you to go

12   pick out more than two shirts to wear to work, correct?

13      A    For -- I think -- you are kind of confusing me

14   with that question.  I'm being honest.  I bought the

15   shirt when they told me to buy the shirts.               14:09:02

16      Q    I understand.

17      A    When they said, "You need to buy this" -- my

18   orientation, they said, "You need to buy some clothes in

19   order to work."

20           I said, "Okay."  So I bought these.              14:09:10

21           When they said, "You need to change that," I

22   changed it.  When they said, "You need to change your

23   jeans," I changed the jeans.

24      Q    Okay.

25      A    When -- the times -- said you can't wear the     14:09:19

ARIK SILVA - 11/11/2014

Page 181

```
 1    denim shirt no more, you need to wear a different shirt,
 2    I'm pretty sure I bought the HTR gray shirt.
 3        Q    Okay.  Given the ease with which you rattled
 4    all that off, you ought to be able to tell me whether
 5    you can remember a single time where anybody ever said,          14:09:30
 6    "Arik, no need to buy two shirts."  And you told me, no,
 7    nobody ever said that.
 8             Correct.
 9        A    I just don't understand what you mean by two
10    shirts.  When?                                                  14:09:40
11        Q    Any time.
12        A    Ya.  They told me I had to buy shirts
13    whenever --
14        Q    Two?
15        A    Not two at the exact same time.                        14:09:47
16        Q    That's what I'm talking about.  Nobody ever
17    told you at any particular time that they, in your view,
18    told you you needed to buy clothes, that you needed to
19    buy more than one shirt, correct?
20        A    Not at one time.  It was over my period of             14:09:58
21    working at Abercrombie that I had to buy a different
22    shirt.
23        Q    Okay.
24        A    So I did.
25        Q    Stay with me.                                          14:10:05
```

ARIK SILVA - 11/11/2014

Page 232

```
 1      Q     Ya.

 2      A     I asked to take my rest period.  And he said,

 3   "No, we will come to you."

 4            And, uhm, I was, like, okay.  And I waited, and

 5   they came to me and told me I could go on my break.          15:40:09

 6      Q     Okay.  And I remember you saying that earlier

 7   today.

 8      A     Ya.

 9      Q     But that was a 4-hour shift?

10      A     Yes.                                                 15:40:17

11      Q     Okay.  My question that I just asked relates to

12   shifts that you worked that were longer than 4 hours.

13      A     So, 5 hours and above?

14      Q     Well, anything longer than 4 hours.

15      A     Okay.                                                15:40:26

16      Q     All right.  Do you recall ever asking a manager

17   during any one of those shifts if you could go take a

18   break, a rest break?

19      A     Yes.

20      Q     Okay.                                                15:40:34

21      A     And the answer was no.

22      Q     Okay.  How many times did you ask that?

23      A     I think just one.

24      Q     Okay.  And who did you ask?

25      A     Can't specifically remember.  It was probably       15:40:44
```

ARIK SILVA - 11/11/2014

Page 233

1    whatever head manager was at that time.

2        Q    And what did you ask?

3        A    I asked if -- if we got breaks regarding, uhm,

4    if we got breaks regarding, uhm, like for 5 -- for

5    4 hours and above more, if we got like a 10-minute break          15:40:59

6    plus an unpaid, and they said, no, you just get a 30.

7        Q    Do you recall when you asked that?

8        A    I don't.

9        Q    Would it have been earlier in your employment?

10       A    It probably would have been earlier.  I just        15:41:11

11   asked out of pure curiosity.

12       Q    Okay.  So, your best recollection is that you

13   asked that question early in your employment?

14       A    Yes.

15       Q    Did you ever ask again following that exchange?     15:41:24

16       A    I don't remember.

17       Q    You don't remember doing so?

18       A    Yes.  I don't remember doing so.

19       Q    Okay.  We've been through a lot today, but do

20   you feel that we have discussed all of the reasons why        15:41:42

21   you are suing the company relating to clothing?

22       A    Yes.

23       Q    Okay.  Have we discussed all of the reasons why

24   you are suing the company relating to the rest breaks?

25       A    I believe so.                                        15:41:57

ARIK SILVA - 11/11/2014

Page 237

```
 1      A    Uhm... I don't know.  It's been, like,
 2   five-something years, six years maybe.
 3      Q    Okay.  Okay.  Defense counsel asked a few
 4   questions about this earlier.  I'm going to come at it
 5   from what I think is a slightly different angle --       15:53:15
 6      A    Okay.
 7      Q    -- which is rest breaks.
 8           Can you tell me whether, during your employment
 9   at Abercrombie, you ever observed an Abercrombie
10   employee taking two 10-minute rest periods in the same   15:53:23
11   shift?
12      A    No.
13      Q    Okay.  Can you tell me whether, during your
14   employment at Abercrombie, you ever observed an
15   Abercrombie employee take a 10-minute rest break and a   15:53:37
16   30-minute meal period during the same shift?
17      A    No.
18      Q    Okay.  And I would just like to clarify, for
19   both of those last questions, were you saying, no, you
20   had never observed that or no, you can't tell me?        15:53:54
21      A    No, I never observed that.
22      Q    Okay.  Can you tell me whether, the best of
23   your recollection, uhm, the videos you referenced
24   earlier that you watched during your Abercrombie
25   training or orientation, whether those videos contained  15:54:18
```

ARIK SILVA - 11/11/2014

Page 238

```
 1    any, to the best of your recollection, information about
 2    either rest breaks or the look policy?
 3       A    No.
 4       Q    Okay.  To the best of your knowledge, they
 5    didn't?                                                    15:54:33
 6       A    Ya, no.
 7       Q    Okay.  Can you tell me whether women working
 8    and girls working at the Abercrombie store, which you
 9    worked, were required to wear AAAs?
10            MR. GARCIA:  Objection.  Lack of foundation.      15:54:56
11    Asked and answered.
12            THE WITNESS:  Can you, please, repeat the
13    question?
14            MR. JAMES:  Can you read the question back,
15    please?                                                   15:55:03
16
17            (Requested text read by the reporter.)
18
19            MR. GARCIA:  Same objections.
20            THE WITNESS:  Yes.                                15:55:17
21    BY MR. JAMES:
22       Q    Okay.  How do you know that?
23       A    The -- I mean, the women and the guys worked
24    together for orientation, and they -- they told everyone
25    you have to get AAAs.                                     15:55:26
```